**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Amon Victor Stringer,**
*also known as*
Amon Ra Stringer,

      **Plaintiff,**

      **v.**

**Opportunities for Ohioans**
**with Disabilities,**

      **Defendant.**

**Case No. 2:26-cv-121**

**Judge Michael H. Watson**

**Magistrate Judge Jolson**

## <u>ORDER</u>

The Magistrate Judge issued a Report and Recommendation ("R&R"), which recommended that the Court dismiss this case for failure to prosecute. R&R, ECF No. 6.  The R&R notified Plaintiff of his right to object, *id.* at 4–5, and he failed to do so.  Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES** this case for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**